**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL Case No.: 2:18-mn-2873-RMG** |
| | **Judge: Hon. Richard M. Gergel** |

### NOTICE OF APPEARANCE

Robert J. DiCello requests to be substituted for Mark Abramowitz, Mark DiCello, and Michael Trexler as counsel for the case numbers found in Exhibit A.

Respectfully submitted,

*/s/ Robert DiCello*
Robert J. DiCello (0003353)
**THE DICELLO LAW FIRM**
7556 Mentor Ave
Mentor, Ohio  44060
Tel.:    (440) 953-8888
Fax:    (440) 953-9138
robert@dicellolaw.com

***Counsel for Plaintiff(s)***

# EXHIBIT A

Robert J. DiCello requests to be substituted for counsel in the following case numbers:

- 2:25-cv-03552-RMG
- 2:25-cv-03785-RMG
- 2:25-cv-03803-RMG
- 2:25-cv-03804-RMG
- 2:25-cv-03810-RMG
- 2:25-cv-04618-RMG
- 2:25-cv-04625-RMG
- 2:25-cv-04640-RMG
- 2:25-cv-04645-RMG
- 2:25-cv-04647-RMG
- 2:25-cv-04650-RMG
- 2:25-cv-04642-RMG
- 2:25-cv-04652-RMG
- 2:25-cv-04865-RMG
- 2:25-cv-04866-RMG
- 2:25-cv-04870-RMG
- 2:25-cv-04872-RMG
- 2:25-cv-04863-RMG
- 2:25-cv-04871-RMG
- 2:25-cv-04869-RMG
- 2:25-cv-04891-RMG
- 2:25-cv-04892-RMG
- 2:25-cv-04901-RMG
- 2:25-cv-04902-RMG
- 2:25-cv-04917-RMG
- 2:25-cv-04991-RMG
- 2:25-cv-04994-RMG
- 2:25-cv-04997-RMG
- 2:25-cv-05004-RMG
- 2:25-cv-05005-RMG
- 2:25-cv-05007-RMG
- 2:25-cv-05070-RMG
- 2:25-cv-05072-RMG
- 2:25-cv-05071-RMG
- 2:25-cv-05089-RMG
- 2:25-cv-06560-RMG
- 2:25-cv-06581-RMG

- 2:25-cv-06585-RMG
- 2:25-cv-06587-RMG
- 2:25-cv-06589-RMG
- 2:25-cv-06591-RMG
- 2:25-cv-06628-RMG
- 2:25-cv-06655-RMG
- 2:25-cv-06649-RMG
- 2:25-cv-06854-RMG
- 2:25-cv-06858-RMG
- 2:25-cv-06870-RMG
- 2:25-cv-06888-RMG
- 2:25-cv-06868-RMG
- 2:25-cv-07369-RMG
- 2:25-cv-07349-RMG
- 2:25-cv-07350-RMG
- 2:25-cv-03811- RMG
- 2:25-cv-03812-RMG
- 2:25-cv-03815-RMG
- 2:25-cv-03859-RMG
- 2:25-cv-03860-RMG
- 2:25-cv-03862-RMG
- 2:25-cv-03863-RMG
- 2:25-cv-11604-RMG
- 2:25-cv-11675-RMG
- 2:25-cv-11717-RMG
- 2:25-cv-11739-RMG
- 2:25-cv-11750-RMG
- 2:25-cv-11775-RMG
- 2:25-cv-11797-RMG
- 2:25-cv-11886-RMG
- 2:25-cv-11922-RMG
- 2:25-cv-11961-RMG
- 2:25-cv-11990-RMG
- 2:25-cv-12027-RMG
- 2:25-cv-11912-RMG
- 2:25-cv-12002-RMG
- 2:25-cv-12287-RMG
- 2:25-cv-12293-RMG

- 2:25-cv-12465-RMG